**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-21096 |
| | § | |
| SYLWESTER WIEJATA | § | |
| ANNA WIEJATA | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/14/2017. The undersigned trustee was appointed on 07/14/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $10,316.33

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $10,316.33 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/18/2017 and the deadline for filing government claims was 12/18/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,781.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,781.63, for a total compensation of $1,781.63[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2018          By:  /s/ Gus A. Paloian
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 17-21096-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WIEJATA, SYLWESTER AND WIEJATA, ANNA | Date Filed (f) or Converted (c): | 07/14/2017 (f) |
| For the Period Ending: | 7/13/2018 | §341(a) Meeting Date: | 08/15/2017 |
|  |  | Claims Bar Date: | 12/18/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Make: Nissan Model: Maxima Year: 2003 Mileage: 151,000 | $500.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Honda Model: CRV Year: 2007 Mileage: 100000 | $5,000.00 | $0.00 | | $0.00 | FA |
| 3 | Miscellaneous furniture, computer, tv, stereo, books, music cd's, dvd's | $1,900.00 | $0.00 | | $0.00 | FA |
| 4 | Photograhic equipment, cameras | $6,025.00 | $5,867.63 | | $6,025.00 | FA |
| 5 | Womens jewelry including wedding ring, engagement ring, earrings, necklace, wrist watch | $950.00 | $0.00 | | $0.00 | FA |
| 6 | Dog - No dollar value | $1.00 | $1.00 | | $0.00 | FA |
| 7 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Alliant Credit Union, 11545 W. Touhy Ave., 17.1. Checking Chicago, IL 60666 | $1,300.00 | $0.00 | | $0.00 | FA |
| 9 | Savings Alliant Credit Union | $120.00 | $0.00 | | $0.00 | FA |
| 10 | Now IPIX (formerly IPCTIX Cellcueutix Corp.) | $4,392.63 | $0.00 | | $4,291.33 | FA |
| 11 | Edward Jones IRA Anna 100% % | $12,418.95 | $0.00 | | $0.00 | FA |
| 12 | Edward Jones Roth IRA 100% Anna % | $8,680.26 | $8,680.26 | | $0.00 | FA |
| 13 | 100% Roth IRA at Edward Jones husband % | $20,162.87 | $0.00 | | $0.00 | FA |
| 14 | 100% Vanguard Profit Sharing husband % | $7,038.90 | $0.00 | | $0.00 | FA |
| 15 | Profit-Sharing Plan Walgreens | $96,632.00 | $0.00 | | $0.00 | FA |
| 16 | 401(k) John Hancock The Trustees of Webster Dental Care 401k | $2,067.00 | $0.00 | | $0.00 | FA |
| 17 | Bright Start Illinois 529 | $18,789.00 | $0.00 | | $0.00 | FA |
| 18 | 2015 IRS Refund Due Federal | $1,648.00 | $1,648.00 | | $0.00 | FA |
| 19 | 2016 IRS Refund Federal | $2,279.00 | $2,279.00 | | $0.00 | FA |
| 20 | IRS Refund State | $287.00 | $287.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                    **Gross Value of Remaining Assets**

$190,291.61     $18,762.89          $10,316.33     $0.00

Case 17-21096   Doc 29   Filed 07/13/18   Entered 07/13/18 12:17:20   Desc Main
Document      Page 4 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2        Exhibit A

| **Case No.:** | 17-21096-JPC | | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | WIEJATA, SYLWESTER AND WIEJATA, ANNA | | | **Date Filed (f) or Converted (c):** | 07/14/2017 (f) |
| **For the Period Ending:** | 7/13/2018 | | | **§341(a) Meeting Date:** | 08/15/2017 |
| | | | | **Claims Bar Date:** | 12/18/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 06/30/2018        **Current Projected Date Of Final Report (TFR):** 06/30/2018

/s/ GUS A. PALOIAN
GUS A. PALOIAN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit B

| Case No. | 17-21096-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WIEJATA, SYLWESTER AND WIEJATA, ANNA | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***9333 | Checking Acct #: | ******0442 |
| Co-Debtor Taxpayer ID #: | **-***9334 | Account Title: | SYLWESTER & ANNA WIEJATA |
| For Period Beginning: | 7/14/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/13/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2018 | (4) | LAW OFFICE OF BERT ZACZEK | SALE OF CAMERA EQUIPMENT | 1129-000 | $6,025.00 | | $6,025.00 |
| 01/22/2018 | (10) | FIDELITY BROKERAGE SERVICES, LLC | SALE OF SHARES OF FIDELITY STOCK | 1129-000 | $4,291.33 | | $10,316.33 |
| | | | TOTALS: | | $10,316.33 | $0.00 | $10,316.33 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $10,316.33 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,316.33 | $0.00 | |

| For the period of 7/14/2017 to 7/13/2018 | | For the entire history of the account between 01/22/2018 to 7/13/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,316.33 | Total Compensable Receipts: | $10,316.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,316.33 | Total Comp/Non Comp Receipts: | $10,316.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-21096-JPC | **Trustee Name:** Gus A. Paloian |
| **Case Name:** | WIEJATA, SYLWESTER AND WIEJATA, ANNA | **Bank Name:** East West Bank |
| **Primary Taxpayer ID #:** | **-***9333 | **Checking Acct #:** ******0442 |
| **Co-Debtor Taxpayer ID #:** | **-***9334 | **Account Title:** SYLWESTER & ANNA WIEJATA |
| **For Period Beginning:** | 7/14/2017 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/13/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $10,316.33 | $0.00 | $10,316.33 |

| For the period of 7/14/2017 to 7/13/2018 | | For the entire history of the case between 07/14/2017 to 7/13/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,316.33 | Total Compensable Receipts: | $10,316.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,316.33 | Total Comp/Non Comp Receipts: | $10,316.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

CLAIM ANALYSIS REPORT   Page No: 1   Exhibit C

| Case No.: | 17-21096-JPC | | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- | --- |
| Case Name: | WIEJATA, SYLWESTER AND WIEJATA, ANNA | | Date: | 7/13/2018 |
| Claims Bar Date: | 12/18/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | GUS A. PALOIAN<br><br>233 S. Wacker Drive<br>Suite 8000<br>Chicago IL 60606 | 06/05/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,781.63 | $1,781.63 | $0.00 | $0.00 | $0.00 | $1,781.63 |
| ATTY | SEYFARTH SHAW LLP | 06/05/2018 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $8.88 | $8.88 | $0.00 | $0.00 | $0.00 | $8.88 |
| ATTY | SEYFARTH SHAW LLP | 06/04/2018 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $5,001.00 | $5,001.00 | $0.00 | $0.00 | $0.00 | $5,001.00 |
| 1 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | 09/21/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,098.60 | $10,098.60 | $0.00 | $0.00 | $0.00 | $10,098.60 |
| 2 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | 09/21/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,555.71 | $5,555.71 | $0.00 | $0.00 | $0.00 | $5,555.71 |
| 3 | TD BANK, USA<br><br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 10/09/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,354.30 | $3,354.30 | $0.00 | $0.00 | $0.00 | $3,354.30 |
| 4 | AMERICAN EXPRESS BANK, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 10/09/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,611.33 | $1,611.33 | $0.00 | $0.00 | $0.00 | $1,611.33 |
| 5 | AMERICAN EXPRESS BANK, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 10/16/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,467.67 | $2,467.67 | $0.00 | $0.00 | $0.00 | $2,467.67 |

| Case No.: | 17-21096-JPC | | | Trustee Name: | Gus A. Paloian |
| Case Name: | WIEJATA, SYLWESTER AND WIEJATA, ANNA | | | Date: | 7/13/2018 |
| Claims Bar Date: | 12/18/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CAVALRY SPV I, LLC<br><br>as assignee of Citibank, N.A.<br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | 10/26/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,110.08 | $3,110.08 | $0.00 | $0.00 | $0.00 | $3,110.08 |
| Claim Notes: | (6-1) Cavalry SPV I, LLC as assignee of Citibank, N.A. | | | | | | | | | | | |
| 7 | CAVALRY SPV I, LLC<br><br>as assignee of Citibank, N.A.<br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | 10/26/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,136.62 | $19,136.62 | $0.00 | $0.00 | $0.00 | $19,136.62 |
| Claim Notes: | (7-1) Cavalry SPV I, LLC as assignee of Citibank, N.A. | | | | | | | | | | | |
| 8 | CAVALRY SPV I, LLC<br><br>as assignee of Citibank, N.A.<br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | 10/26/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,301.18 | $9,301.18 | $0.00 | $0.00 | $0.00 | $9,301.18 |
| Claim Notes: | (8-1) Cavalry SPV I, LLC as assignee of Citibank, N.A. | | | | | | | | | | | |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Successor to SYNCHRONY BANK<br>(GAP)<br>POB 41067<br>Norfolk VA 23541 | 11/02/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,767.62 | $1,767.62 | $0.00 | $0.00 | $0.00 | $1,767.62 |
| 10 | CITIBANK, N.A.<br><br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland WA 98083-0280 | 11/15/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,899.85 | $18,899.85 | $0.00 | $0.00 | $0.00 | $18,899.85 |
| Claim Notes: | (10-1) Money Loaned | | | | | | | | | | | |
| 11 | U.S. BANK NATIONAL ASSOCIATION<br>Bankruptcy Department<br>PO Box 108<br>Louis MO 63166-0108 | 11/20/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,299.84 | $9,299.84 | $0.00 | $0.00 | $0.00 | $9,299.84 |

# CLAIM ANALYSIS REPORT

| Case No.: | 17-21096-JPC | | | Trustee Name: | Gus A. Paloian |
| Case Name: | WIEJATA, SYLWESTER AND WIEJATA, ANNA | | | Date: | 7/13/2018 |
| Claims Bar Date: | 12/18/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | CITIBANK, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland WA 98083-0280 | 12/07/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,649.01 | $18,649.01 | $0.00 | $0.00 | $0.00 | $18,649.01 |
| **Claim Notes:** | (12-1) Money Loaned | | | | | | | | | | | |
| 13 | BANK OF AMERICA, N.A.<br>P O Box 982284<br>El Paso TX 79998-2238 | 12/07/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,382.33 | $18,382.33 | $0.00 | $0.00 | $0.00 | $18,382.33 |
| 14 | BANK OF AMERICA, N.A.<br>P O Box 982284<br>El Paso TX 79998-2238 | 12/07/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,471.00 | $4,471.00 | $0.00 | $0.00 | $0.00 | $4,471.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Successor to SYNCHRONY BANK (TJX)<br>POB 41067<br>Norfolk VA 23541 | 12/13/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $638.83 | $638.83 | $0.00 | $0.00 | $0.00 | $638.83 |
| | | | | | | $133,535.48 | $133,535.48 | $0.00 | $0.00 | $0.00 | $0.00 | $133,535.48 |

# CLAIM ANALYSIS REPORT

| | | | |
|---|---|---|---|
| **Case No.** | 17-21096-JPC | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | WIEJATA, SYLWESTER AND WIEJATA, ANNA | **Date:** | 7/13/2018 |
| **Claims Bar Date:** | 12/18/2017 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $8.88 | $8.88 | $0.00 | $0.00 | $0.00 | $8.88 |
| Attorney for Trustee Fees (Trustee Firm) | $5,001.00 | $5,001.00 | $0.00 | $0.00 | $0.00 | $5,001.00 |
| General Unsecured 726(a)(2) | $126,743.97 | $126,743.97 | $0.00 | $0.00 | $0.00 | $126,743.97 |
| Trustee Compensation | $1,781.63 | $1,781.63 | $0.00 | $0.00 | $0.00 | $1,781.63 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 17-21096
Case Name: SYLWESTER WIEJATA
ANNA WIEJATA
Trustee Name: Gus A. Paloian

Balance on hand: $10,316.33

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $10,316.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Gus A. Paloian, Trustee Fees | $1,781.63 | $0.00 | $1,781.63 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $5,001.00 | $0.00 | $5,001.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $8.88 | $0.00 | $8.88 |

Total to be paid for chapter 7 administrative expenses: $6,791.51
Remaining balance: $3,524.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,524.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $3,524.82

UST Form 101-7-TFR (5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $126,743.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $10,098.60 | $0.00 | $280.85 |
| 2 | Discover Bank | $5,555.71 | $0.00 | $154.51 |
| 3 | TD Bank, USA | $3,354.30 | $0.00 | $93.28 |
| 4 | American Express Bank, FSB | $1,611.33 | $0.00 | $44.81 |
| 5 | American Express Bank, FSB | $2,467.67 | $0.00 | $68.63 |
| 6 | Cavalry SPV I, LLC | $3,110.08 | $0.00 | $86.49 |
| 7 | Cavalry SPV I, LLC | $19,136.62 | $0.00 | $532.20 |
| 8 | Cavalry SPV I, LLC | $9,301.18 | $0.00 | $258.67 |
| 9 | Portfolio Recovery Associates, LLC | $1,767.62 | $0.00 | $49.16 |
| 10 | Citibank, N.A. | $18,899.85 | $0.00 | $525.62 |
| 11 | U.S. Bank National Association | $9,299.84 | $0.00 | $258.63 |
| 12 | Citibank, N.A. | $18,649.01 | $0.00 | $518.64 |
| 13 | Bank of America, N.A. | $18,382.33 | $0.00 | $511.22 |
| 14 | Bank of America, N.A. | $4,471.00 | $0.00 | $124.34 |
| 15 | Portfolio Recovery Associates, LLC | $638.83 | $0.00 | $17.77 |

Total to be paid to timely general unsecured claims: $3,524.82
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Case 17-21096 Doc 29 Filed 07/13/18 Entered 07/13/18 12:17:20 Desc Main
Document Page 13 of 13

**UST Form 101-7-TFR (5/1/2011)**