IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-210496-JPC |
| | ) | |
| SYLWESTER WIEJATA AND ANNA WIEJATA, | ) | Chapter 7 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | Hearing Date: August 16, 2018 |
| | ) | Hearing Time: 9:30 a.m. |

### CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on July 13, 2018, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CM/ECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: July 13, 2018

_____
Jennifer M. McManus

Subscribed and sworn to be before me
this 13th day of July, 2018

_____
Notary Public



TERESA MARIE BROWN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 12, 2020

47678376v.1